AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUL 13 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro LOPEZ | ) | Case No.  11-3544 |
| AKA: Manuel Espino | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 08, 2011__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | an alien who has been excluded, deported and removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557 was found in the United States. |

This criminal complaint is based on these facts:

On July 08, 2011, the Defendant, LOPEZ, Alejandro, was encountered at the El Paso County Detention Facility by Agent Emilio Ortegon, who is assigned to the Criminal Alien Program in El Paso, Texas. Agent Ortegon identified himself as an Immigration Enforcement Agent and questioned the Defendant as to his citizenship and immigration status.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Oscar L. Amaya, Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/13/2011__

_____
*Judge's signature*

City and state: __El Paso, Texas__       David C. Guaderrama, U.S. Magistrate Judge
*Printed name and title*

Alejandro LOPEZ
AKA: Manuel ESPINO

July 13, 2011
FACTS (CONTINUED)

The Defendant admitted he was a citizen and national of Mexico without immigration documents allowing him to be or remain in the United States.

From statements made by the Defendant to the encountering agent(s), it was determined that the Defendant is an alien illegally in the United States. The Defendant was advised of his rights with a statement of rights which he acknowledged and understood by signing.

The Defendant was enrolled into the ENFORCE/IDENT/IAFIS systems, with positive results indicating the Defendant has an immigration history.

The Defendant's immigration record checks revealed that the Defendant had been previously removed from the United States to Mexico on or about June 20, 2001 through El Paso, Texas.

Further immigration records checks revealed the defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.

On July 12, 2011, the Defendant was arrested and booked into the El Paso County Detention Facility pending his initial appearance in the United States Magistrate Court.

IMMIGRATION HISTORY:
Removed to Mexico on January 17, 2001 through El Paso, Texas.
Removed to Mexico on August 20, 2001 through El Paso, Texas.

CRIMINAL HISTORY:
1-ARRESTED OR RECEIVED 2001/01/17
  AGENCY-USINS EL PASO
  CHARGE 1-18 USC 911-ORAL/DOCUMENTED FALSE CLAIM TO USC
  SENTENCE- EXPEDTIED REMOVAL 1/17/01

2-ARRESTED OR RECEIVED 2001/06/04
  AGENCY-BORDER PATROL EL PASO
  CHARGE 1-8 USC 1325 (A)(1)ILLEGAL ENTRY
  SENTENCE- PLED GUILTY TIME SERVED 3 YRS PROBATION 06/14/2001

3-ARRESTED OR RECEIVED 2011/07/08
  AGENCY-POLICE DEPARTMENT EL PASO
  CHARGE 1-ASSAULT PUBLIC SERVANT 22.01 (B)(1) PC
  SENTENCE- RELEASED, NO PROBABLE CAUSE FOUND